| | |
|---|---|
| STATE OF MAINE | SUPERIOR COURT |
| Kennebec, ss. | C.A. Docket No. KENSC-CV-19-141 |

**Marilyn Bretscher**,   )
                        )
      Plaintiff   )   **NOTICE OF REMOVAL TO THE**
                        )   **UNITED STATES DISTRICT COURT**
v.                      )   **FOR THE DISTRICT OF MAINE**
                        )
**Wal-Mart Stores East, LP**,   )
                        )
      Defendant   )

Defendant Wal-Mart Stores East, LP, hereby removes this action to the United States District Court for the District of Maine pursuant to 28 U.S.C. §§ 1331, 1441, and 1446. In support thereof, the Defendant states as follows:

1. A Summons and Complaint by Plaintiff was served on Defendant on or about June 27, 2019. This civil action is venued in the Maine Superior Court for Kennebec County, Maine. Upon information and belief, neither the Return of Service, Summons and/or Complaint has been filed as yet by Plaintiff in the Superior Court of Kennebec County, Maine.

2. Wal-Mart Stores East, LP is entitled to removal of this civil action pursuant to 28 U.S.C. §§ 1331, 1441 and 1146. The basis for removal is diversity jurisdiction. Removal is permitted according to the following facts.

3. The Plaintiff is a resident of the State of Maine. She is not a citizen of the United States of America.

4. Defendant Wal-Mart Stores East, LP is a foreign limited liability company with a principal place of business outside of the State of Maine.

5. Therefore, the Plaintiff and Defendant are of different states. In addition, the Defendant is not a citizen of the State of Maine. As a result, the present action is removable

pursuant to 28 U.S.C. §§ 1332 and 1441.

      6.  All other requirements for removal are satisfied with regard to this action. Specifically, the jurisdictional amount in controversy exceeds $75,000 (28 U.S.C. § 1332(a)); the Superior Court of Maine, Kennebec County, is located within the District of Maine (28 U.S.C. § 1441 (a)).  A copy of the Summons and Complaint is attached hereto (28 U.S.C. §1446(a)); and the Defendant on this same day will file Notices of Removal with the United States District Court for the District of Maine and with the Superior Court of Maine, Kennebec County, and will send copies of the Notice of Removal to all counsel (28 U.S.C. § 1446(d)).

      7.  This Notice of Removal is being filed within thirty days after service upon the Defendant.

      8.  Venue is proper in the United States District Court for the District of Maine.

      WHEREFORE, the Defendant hereby removes this action from Kennebec County Superior Court into the United States District Court for the District of Maine.

      DATED at Waterville, Maine, this 16th day of July, 2019.

                                  */s/ Daniel R. Mawhinney*_____
                                  Daniel R. Mawhinney
                                  Attorney for Defendant Wal-Mart Stores East LP

                                  Marden Dubord Bernier & Stevens P.A. LLC
                                  44 Elm Street
                                  Waterville, ME  04901
                                  (207) 873-0186

## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

## CERTIFICATE OF SERVICE

      I, Daniel R. Mawhinney, attorney for Defendant Wal-Mart Stores East LP, hereby certify that I made service of the foregoing NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MAINE by electronic mail and by depositing a true copy of same, on this date, in the U.S. Mail, Postage pre-paid to:

      Jason M. Jabar., Esquire
      Jabar LaLiberty & Dubord, LLC
      One Center Street
      Waterville, ME  04901

Dated at Waterville, Maine, this 16th day of July, 2019.

      */s/ Daniel R. Mawhinney, Esquire*
      Daniel R. Mawhinney, Esquire
      Attorney for Defendant Wal-Mart Stores East LP
      Marden Dubord Bernier & Stevens, P.A. LLC
      44 Elm Street
      Waterville ME 04901
      (207) 873-0186
      dmawhinney@mardendubord.com